UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Lori T. Harrington,

                      Plaintiff,                      Civil No. 04-4395 (RHK/RLE)

     vs.                                                 ORDER

Jo Anne B. Barnhart, Commissioner
of Social Security,

                      Defendant.

_____

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is **ORDERED**:

    1.  The Report and Recommendation (Doc. No. 11) is **ADOPTED**; and

    2.  The Complaint is dismissed for failure to timely file the Plaintiff's Motion for Summary Judgment, and for failure to prosecute.

Dated: 5/12/05

                                                                   s/Richard H. Kyle
                                                                   RICHARD H. KYLE
                                                                   United States District Judge